UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JESSIE TERRELL RADFORD                                                                PLAINTIFF
ADC #655432

V.                            No. 4:21-CV-00140-BRW

MOTHERSHED, Sergeant,
Varner Supermax Unit, *et al*.                                                        DEFENDANTS

### **ORDER**

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendants' Motion for Summary Judgment (Doc. 33) is GRANTED, and Radford's Complaint is dismissed, without prejudice.

IT IS SO ORDERED this 8th day of February, 2023.

_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE